## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-958 JAK (FFM) | Date | December 28, 2012 |
|---|---|---|---|
| Title | GEORGE EDWARD BUSH v. DEPUTY BALLANTYNE, SAN BERNARDINO SHERIFF DEPARTMENT | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE OVERDUE NOTICE OF SUBMISSION**

On November 7, 2012, this Court provided plaintiff an extension of time to file by December 7, 2012 a notice stating that he had submitted the documents required for service to the United States Marshal. As of the date of this order, plaintiff has not filed any such notice.

Plaintiff is ordered to show cause within 30 days of the date of this order, why this action should not be dismissed for failure to comply with this Court's order.

|  |  : |  |
|---|---|---|
| Initials of Preparer | | JM |